# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| PENNY E. McCLURE MICHAUD, ET AL. | CIVIL ACTION NO. 01-2088 |
| -vs- | JUDGE LITTLE |
| FARMERS INSURANCE COMPANY, INC., ET AL. | |

## ORDER

For written reasons set forth on this date, the action filed by Plaintiffs, Penny E. McClure Michaud, et al., against defendants, Farmers Insurance Company, Inc., et al., is *sua sponte* REMANDED to the 35th Judicial District Court, Grant Parish, Louisiana, for further proceedings because the court lacks subject matter jurisdiction under either 28 U.S.C. §§ 1447(e) or (c), after permitting the joinder of the non-diverse Griffin Defendants. All discovery produced for this case should be used in the state court proceeding. All pending motions as well as any requests for attorney's fees and costs for work performed up to this point are to be resolved by the state court.

Alexandria, Louisiana

19 July 2005

_____
F.A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE